

# Case Assignment
# Standard Civil Assignment

Case number **3:14CV-335-H**

Assigned : Senior Judge John G. Heyburn II
Judge Code : 4412

Designated Magistrate Judge : Dave Whalin
Magistrate Judge Code : 44AP

Assigned on 04/25/2014

[ Request New Judge ] ..... [ Return ]