UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| JAMES BROWN, THERESA CAMBRON, PHILIP LEIGH, AND EMIL WALTHER III, On Behalf of Themselves and All Others Similarly Situated, <br><br> PLAINTIFFS <br><br> v. <br><br> TAX EASE LIEN SERVICING, LLC, TAX EASE LIEN INVESTMENTS 1, LLC, BLUE GRASS ABSTRACT, LLC, LIEN DATA SERVICES, LLC, PHIL MIGICOVSKY, HAYDEN CRAIG & GRANT, PLLC (N/K/A CRAIG LAW OFFICE, PLLC), RICHARD ERIC CRAIG, SHERROW, SUTHERLAND & ASSOCIATES, PSC, AND BILLY W. SHERROW, <br><br> DEFENDANTS | CIVIL ACTION NO. 3:14-CV-335-JGH <br><br> ELECTRONICALLY FILED |

**RULE 7.1 DISLCOSURE FOR TAX EASE LIEN SERVICING, LLC**

Defendant Tax Ease Lien Servicing, LLC, pursuant to Fed. R. Civ. P. 7.1(a), states that it has no parent corporation and that there is no publicly held corporation owning 10% or more of its stock.

Respectfully submitted,

/s/ Chadwick A. McTighe
Joseph L. Hamilton (jhamilton@stites.com)
Marjorie A. Farris (mfarris@stites.com)
Chadwick A. McTighe (cmctighe@stites.com)
STITES & HARBISON, PLLC
400 West Market Street
Suite 1800
Louisville, KY 40202-3352
Telephone: (502) 587-3400
*Counsel for Tax Ease Lien Servicing, LLC, Tax Ease Lien Investments 1, LLC, Blue Grass Abstract, LLC, Lien Data Services, LLC, and Philip S. Migicovsky*

CERTIFICATE OF SERVICE

    I hereby certify that on the 29th day of April 2014, I served a copy of the foregoing through the ECF System for the United States District Court for the Western District of Kentucky, which will send an electronic notice of filing to all counsel of record:

John H. Dwyer, Jr.
ZIELKE LAW FIRM PLLC
462 South Fourth Street, Suite 1250
Louisville, KY 40202
jdwyer@zielkefirm.com
*Counsel for Jams Brown, Theresa Cambron, Philip Leigh, Emil Walther III, Rose Harper, Deddo Goldsmith, and Phillip and Karyn Julian*

Ryan A. Schwartz
SHERROW, SUTHERLAND & ASSOCIATES, P.S.C.
200 Southland Drive
Lexington, KY 40503
rschwartz@tripleslaw.com
*Counsel for Sherrow, Sutherland & Associates, P.S.C. and Billy Sherrow*

Jerry N. Higgins
Terra L. Meek
LAW OFFICE OF JERRY N. HIGGINS, PLLC
3426 Paoli Pike
Floyds Knobs, IN 47119
jnh@jerryhigginslaw.com
*Counsel for Jamos Fund I, LP*

J. Andrew White
Marion Wesley White Bldg.
734 S. First Street
Louisville, KY 40202
*Counsel for Hayden Craig & Grant, PLLC n/k/a Craig Law Office, PLLC and Richard Eric Craig*

| | |
|---|---|
| Terri Geraghty<br>William P. O'Brien<br>Assistant County Attorneys<br>Fiscal Court Building<br>531 Court Place, Suite 900<br>Louisville, KY 40202<br>*Counsel for Commonwealth of Kentucky,*<br>*County of Jefferson* | Michael B. Fox<br>Fox Law Office<br>185 W. Tom T. Hall Boulevard<br>P.O. Box 1450<br>Olive Hill, KY 41164-1450<br>*Counsel for Southern Tax Services/Mid*<br>*South Capital Partners* |
| David W. Brangers<br>David W. Brangers Law Office<br>436 South 7th Street<br>Louisville, KY 40203<br>*Counsel for Phillip and Karyn Julian*<br>Via U.S. Mail only | David J. Hale,<br>U.S. Attorney's Office<br>Western District of Kentucky<br>717 West Broadway<br>Louisville, KY 40202<br>*Counsel for Internal Revenue Service* |
| Shannon Upton Johnson<br>Zachary C. Webster<br>OVERLY & JOHNSON, LLC<br>104 West Maple St.<br>Nicholasville, KY 40356<br>*Counsel for Southern Tax Services, LLC* | John E. Ramsey<br>THE MCDEER FIRM<br>Suite J-505<br>4355 Cobb Parkway<br>Atlanta, GA 30339<br>*Counsel for Vesta Holdings I, LLC* |
| Scott T. Roby<br>600 W. Main Street #100<br>Louisville, KY 40202<br>*Warning Order Attorney/Military*<br>*Attorney* | |

           */s/ Chadwick A. McTighe*
           Chadwick A. McTighe