…

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| JAMES BROWN, THERESA CAMBRON, PHILIP LEIGH, AND EMIL WALTHER III, On Behalf of Themselves and All Others Similarly Situated,<br><br>PLAINTIFFS<br><br>v.<br><br>TAX EASE LIEN SERVICING, LLC, TAX EASE LIEN INVESTMENTS 1, LLC, BLUE GRASS ABSTRACT, LLC, LIEN DATA SERVICES, LLC, PHIL MIGICOVSKY, HAYDEN CRAIG & GRANT, PLLC (N/K/A CRAIG LAW OFFICE, PLLC), RICHARD ERIC CRAIG, SHERROW, SUTHERLAND & ASSOCIATES, PSC, AND BILLY W. SHERROW,<br><br>DEFENDANTS | CIVIL ACTION NO. 3:14-CV-335-JGH<br><br>ELECTRONICALLY FILED |

**PROPOSED ORDER**

Upon motion by Defendants Hayden Craig & Grant, PLLC (N/K/A Craig Law Office, PLLC) and Richard Eric Craig to establish a due date of May 8, 2014 to respond to Plaintiffs' Complaint herein, and the Court having fully considered the arguments and submissions of the parties and the applicable law, and being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that Defendants' motion is **GRANTED**. Hayden Craig & Grant, PLLC (N/K/A Craig Law Office, PLLC) and Richard Eric Craig shall have until May 8, 2014 to respond to Plaintiffs' complaint.

Tendered By:

*/s/ R. Eric Craig*
R. Eric Craig
Weber & Rose, PSC
471 West Main Street, Suite 400
Louisville, KY 40202
Telephone: (502) 589-2200
*Counsel for Richard Eric Craig and Hayden Craig*
*& Grant, PLLC (N/K/A Craig Law Office, PLLC)*

CERTIFICATE OF SERVICE

This is to certify that on June 5, 2014 I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system and by US Mail, postage pre-paid to all those below not receiving electronic service thereby:

David J. Hale
U.S. Attorney's Office Western District of Kentucky
717 West Broadway
Louisville, KY 40202

Scott T. Roby
600 West Main Street #100
Louisville, KY 40202

John E. Ramsey
TE MCDEER FIRM
Suite J-105
4355 Cobb Parkway
Atlanta, GA 30339

Zachary C. Webster
OVERLY & JOHNSON, LLC
2201 Regency Road, Suite 603
Lexington, KY 40503

Michael B. Fox
Fox Law Office
185 W. Tom Hall Boulevard
P.O. box 1450
Olive Hill, KY 41164

/s/ R. Eric Craig_____
R. Eric Craig